**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | DEIRDRE E. HEALY, | : CHAPTER 13 |
| | | : **BANKRUPTCY NO. 22-12657 ELF** |
| | DEBTOR. | : |
| | | : |

## PRAECIPE TO WITHDRAW CLAIM NUMBER 8-1

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Kindly withdraw American Heritage Claim 8-1 for the above case. It was filed in error.

Respectfully submitted,

Dated: 12/16/22

*/s/ Michael D. Vagnoni*
**Michael D. Vagnoni, Esq.**
Authorized agent for American Heritage Credit Union