# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      DEIRDRE E. HEALY,         : CHAPTER 13
                                       : BANKRUPTCY NO. 22-12657 ELF
            DEBTOR.                    :
                                       :

## PRAECIPE TO WITHDRAW CLAIM NUMBER 9-1

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Kindly withdraw American Heritage Claim 9-1 for the above case. It was filed in error.

Respectfully submitted,

Dated: 12/16/22                        */s/ Michael D. Vagnoni*
                                       **Michael D. Vagnoni, Esq.**
                                       Authorized agent for American Heritage Credit Union